IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KERRI THOMAS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Civil Action File No.
1:26-cv-00958-MHC

## ORDER GRANTING EXTENSION OF TIME

This matter is before the Court on Defendant United States of America's unopposed motion for an extension of time to answer or otherwise respond to Plaintiff's Second Amended Complaint. For good cause shown, it is hereby ORDERED that the motion is GRANTED. Defendant United States of America may file its responsive pleading or motion, through and including June 5, 2026.

IT IS SO ORDERED, this ___20th___ of May, 2026.

_____
HONORABLE MARK H. COHEN
UNITED STATES DISTRICT JUDGE